# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1688
_____

KLENTON T. MCLEMORE, III,

    Appellant,

    v.

BARRON & REDDING, P.A.,
CLIFFORD W. SANBORN, SCOTT
H. MCLEMORE, KLENTON L.
MCLEMORE, WILLIAM W.
MCLEMORE, DEBORAH SHOWMAN
ZIRBEL, DEBORAH J. SHOMAN,
DEBORAH J. SHOMAN INC.,
D.B.A., STEWART & SHOMAN
REPORTING, JOSEPH SILVA, JR.,

    Appellees.

_____

On appeal from the Circuit Court for Bay County.
Wade Mercer, Judge.

March 26, 2025

PER CURIAM.

    AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee,* 377
So. 2d 1150 (Fla.1979) (holding that it is the duty of the appellant
to bring before the appellate court a record that is adequate to
support his or her appeal).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Klenton T. McLemore, III, pro se, Appellant.

Thomas J. Guilday and Elizabeth M. van den Berg of Guilday Law, P.A., Tallahassee, for Appellees Barron & Redding, P.A. and Clifford W. Sanborn; Dixon Ross McCloy, Jr, and Sarah E. Cureton of Hand Arendall Harrison Sale LLC, Panama City, for Appellees Deborah Shoman Zirbel, Deborah J. Shoman, & Deborah J. Shoman, Inc. d/b/a Stewart & Shoman Reporting; Scott McLemore, pro se.